UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF
THE APPLICATION OF
THE UNITED STATES
FOR A SEARCH WARRANT

:   MAGISTRATE NO. 10-2530

:   Hon. Douglas E. Arpert

## ORDER

This matter having been brought before the Court upon the application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Sarah M. Wolfe, Assistant United States Attorney, appearing), for an Order unsealing the search warrant issued on October 8, 2010, and the application and attached affidavit in support of that warrant, and for good cause shown, it is ORDERED, on this 29th day of March, 2011, that the search warrant, the application in support of the search warrant, and all related documents are hereby UNSEALED.

                                                            _____
                                                            HON. DOUGLAS E. ARPERT
                                                            United States Magistrate Judge